UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>vs.<br><br>RONALD DEAN JANIS,<br><br>     Defendant. | 5:24-CR-50036-01-KES<br><br>ORDER ADOPTING REPORT & RECOMMENDATION AND ORDER SCHEDULING SENTENCING |

On September 4, 2024, defendant, Ronald Janis, appeared before Magistrate Judge Daneta Wollmann for a change of plea hearing. Magistrate Judge Wollmann issued a report recommending the court accept defendant's plea of guilty to Count 1 of the Second Superseding Indictment. Count 1 of the Second Superseding Indictment charges Janis with Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153. Both parties waived any objection to the report and recommendation.

After a de novo review of the record, it is

ORDERED that the report and recommendation (Docket 74) is adopted. The defendant is adjudged guilty of Assault Resulting in Serious Bodily Injury, in violation of 18 U.S.C. §§ 113(a)(6) and 1153. It is

FURTHER ORDERED that the sentencing hearing in this matter will be on November 14, 2024, at 4:00 p.m. in Rapid City, Courtroom 2.

Dated September 4, 2024.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE